

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN ROCHA,<br><br>Defendant. | Case No.  24-MJ-1857<br><br>**ORDER OF DETENTION**<br><br>[18 U.S.C. §§ 3148(b), 3143(a)] |

On April 1, 2024, Defendant Kevin Rocha made his initial appearance following his arrest on a bench warrant issued in the Northern District of Oklahoma on January 24, 2024.  Defendant submitted on the detention recommendation in the Pretrial Services Report.

The Court has reviewed the files and records in this matter, including the report prepared by the U.S. Pretrial Services Agency on April 1, 2024, and its recommendation of detention.

The Court has considered the allegations of Defendant's noncompliance with the conditions set for pretrial release (possession and use of cocaine, tampering with computer monitoring device, falsifying information on a

credit application) as alleged in the petition for action on conditions of pretrial release and warrant for arrest issued by this Court.

The Court finds, pursuant to 18 U.S.C.§ 3148(b), as follows: Clear and convincing evidence that Defendant has violated the conditions of his release.

Having considered the factors set forth in 18 U.S.C. §3142(g), the court finds that there is no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

The Court finds that there is now a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

It is therefore ORDERED that Defendant Kevin Rocha be detained until trial and be transported to the United States District Court for the Northern District of Oklahoma for further proceedings. Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.

Dated: April 1, 2024

*Patricia Donahue*

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE